# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3:08-cv-00618-LRH-VPC

MARTIN CROWLEY,
    Plaintiff,

vs.

STATE OF NEVADA, BY AND THROUGH THE
NEVADA SECRETARY OF STATE AND THE
CHURCHILL COUNTY CLERK

    Defendant(s).

## STIPULATION FOR EXTENSION OF TIME ;ORDER

The parties above-named, by and through their respective counsel, hereby stipulate that Plaintiff shall have an additional two (2) weeks to respond to Defendant's Motion to Dismiss on file herein, up to and including May 11, 2009.

Dated this April 24, 2009

/s/ Jeffrey Dickerson
Jeffrey Dickerson, Esq.
Martin Crowley, Esq.
Attorneys for Plaintiff

Douglas R. Rands, Esq.
Attorney for Defendant
CHURCHILL COUNTY

IT IS SO ORDERED this 28th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE