AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MARTIN CROWLEY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00618-LRH-VPC**

STATE OF NEVADA, BY AND THROUGH
THE SECRETARY OF STATE; et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendants' motions for summary judgment (##'s 30, 33) are **GRANTED**.
    **IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment (#31) is **DENIED**.

  November 22, 2010                             **LANCE S. WILSON**
                                                    Clerk

                                              /s/ D. R. Morgan
                                                Deputy Clerk